**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| COVARRUBIAS, RAFAEL | ) | |
| COVARRUBIAS, CONNIE | ) | CASE NO. 06-15139 |
| | ) | |
| COVARRUBIAS, CONCEPCION | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**PROPOSED DISTRIBUTION REPORT**

I, <u>JOSEPH R. VOILAND</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 3,458.18 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 2,544.07 |
| Interest: $ 254.18 | |
| Surplus to Debtor: | $ 2,449.58 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 8,706.01 |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 2**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER   CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $3,458.18 | 100.00% |
| **CLAIM NUMBER   CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| JOSEPH R. VOILAND (TRUSTEE'S COMPENSATION) | 1,375.64 | 1,375.64 |
| JOSEPH R. VOILAND (TRUSTEE'S EXPENSES) | 444.62 | 444.62 |
| U.S. BANKRUPTCY COURT (ADVERSARY FILING FEES) | 500.00 | 500.00 |
| JOSEPH R. VOILAND (ATTORNEY FOR TRUSTEE – COMPENSATION) | 1,127.50 | 1,127.50 |
| JOSEPH R. VOILAND (ATTORNEY FOR TRUSTEE – EXPENSES) | 10.42 | 10.42 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER   CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

**DISTRIBUTION REPORTS**  **PAGE 3**

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1)(B) - Domestic Support Obligations | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,650.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER**     **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                                  **PAGE 4**

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,650.00 | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $2,100.00 | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 5**

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | §507(a)(10) - Death & Personal Injury | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $1,212.90 | 100.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 1 | Recovery Management Systems Corporation | 714.99 | 714.99 |
| 2 | T Mobile USA Inc | 56.04 | 56.04 |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 6**

| | | | |
|---|---|---|---|
| 3 | eCAST Settlement Corporation assignee of | 441.87 | 441.87 |

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|
| | Subordinated unsecured claims | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $1,331.17 | 100.00% |

| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|
| 4 | Dell Financial Services, LLC | 409.00 | 409.00 |
| 5 | PHARIA L.L.C. | 922.17 | 922.17 |

| **18.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|

| **19.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                           **PAGE 7**

§726(a)(5) - Interest                                                                   $254.18              100.00%

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1I | Recovery Management Systems Corporation | 71.44 | 71.44 |
| 2I | T Mobile USA Inc | 5.60 | 5.60 |
| 3I | eCAST Settlement Corporation assignee of | 44.15 | 44.15 |
| 4I | Dell Financial Services, LLC | 40.86 | 40.86 |
| 5I | Pharia L.L.C. | 92.13 | 92.13 |

| 20. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $2,449.58 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| SURPLUS | COVARRUBIAS, RAFAEL | 2,449.58 | 2,449.58 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: _____   _____

**EXHIBIT D**

**DISTRIBUTION REPORTS**  **PAGE 8**

_____    _____
                            JOSEPH R. VOILAND, Trustee

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                        **PAGE 9**