# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| COVARRUBIAS, RAFAEL | ) | |
| COVARRUBIAS, CONNIE | ) | CASE NO. 06-15139 |
| | ) | |
| COVARRUBIAS, CONCEPCION | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

        At:   U.S. BANKRUPTCY COURT
               Kane County Courthouse
               100 S. 3rd Street, Room 140
               Geneva, IL  60134

        on:   **January 22, 2009**
        at:   **10:00 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

    a. Receipts                                                      $_____8,706.01

    b. Disbursements                                        $_____0.00

    c. Net Cash Available for Distribution          $_____8,706.01

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ 0.00 | $ 1,375.64 | $ |

| Claimant | | | | |
|---|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | 0.00 | $ | $ 444.62 |
| U.S. BANKRUPTCY COURT | $ | 0.00 | $ | $ 500.00 |
| JOSEPH R. VOILAND Trustee's Firm Legal | $ | 0.00 | $ 1,127.50 | $ |
| JOSEPH R. VOILAND Trustee's Firm Legal | $ | 0.00 | $ | $ 10.42 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $2,544.07, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $714.99 | $714.99 |
| 2 | T Mobile USA, Inc. | $56.04 | $56.04 |
| 3 | eCAST Settlement Corporation | $441.87 | $441.87 |
| 4 | Dell Financial Services, LLC | $409.00 | $409.00 |
| 5 | Pharia L.L.C. | $922.17 | $922.17 |

After payment of all claims and interest thereon, it is anticipated that there will be a surplass estate of $2,449.58 which will be refunded to debtor.

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtors have been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Real Estate (530 Valley Forge Ave., South Elgin, IL) - $320,000.00; Checking Account – (Associated Bank) - $700.00; Checking Account (Elgin State Bank) - $600.00; Household Goods - $1,000.00; Wearing Apparel - $200.00; Camera - $200.00; 2003 Pontiac Grand Am – $8,500.00; 401(k) IRA - $5,000.00; 2007 GMC Yukon - $33,769.00; 2007 GMC Yukon – $10,650.00; 2004 Mercury Mountaineer - $14,000.00; Computer, Misc. Office Equipment – $250.00.

The Trustee seeks abandonment of said assets because they are subject to Debtors' valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   **December 24, 2008**        For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Dec 24, 2008
Case: 06-15139                 Form ID: pdf002              Total Served: 28

The following entities were served by first class mail on Dec 26, 2008.
db          +Rafael Covarrubias,    569 Dean Drive,   Apt. 3,    South Elgin, IL 60177-2602
jdb         +Connie Covarrubias,    569 Dean Drive,   Apt. 3,    South Elgin, IL 60177-2602
aty         +James A Young,   James A Young & Associates, Ltd.,    47 DuPage Court,    Elgin, IL 60120-6421
tr          +Joseph Voiland,   Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
11020398   ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: Americredit,    POB 183853,    Arlington, TX   76096)
11020399    +Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
12749328     Dell Financial Services, LLC,    c/o Resurgent Capital Services,    P.O. Box 10390,
              Greenville,SC 29603-0390
11020400    +Dell Financial Svcs,    12234 N Ih 35 Sb Bldg B,    Austin, TX 78753-1705
11020401     Dsnb Macys,   3039 Cornwallis Rd,    Durham, NC 27709
11020402    +Ford Motor Credit Corporation,    Po Box 542000,    Omaha, NE 68154-8000
11020403    +G M A C,    15303 S 94th Ave,    Orland Park, IL 60462-3825
11020405    +Household Bank (SB), N A (Best Buy),    c/o Bass & Associates, PC,
              3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
11020404    +Hsbc Nv,    Pob 19360,    Portland, OR 97280-0360
11020406    +Hsbc/carsn,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
11020408    +Indymac Bank,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
11020410    +Kane County Treasurer,    719 South Batavia Avenue,    Geneva, IL 60134-3000
12829555    +PHARIA L.L.C.,    c/o WEINSTEIN & RILEY, P.S.,    2001 Western Avenue, Suite 400,
              Seattle, WA 98121-3132
11020411    +Saul Guzman,    530 Valley Forge Ave,    South Elgin, IL 60177-2843
11020412    +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
11020413    +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
11020414     Sunrise Credit Services, Inc.,    260 Airport Plaza,    Farmingdale, NY 11735-3946
11912417     T Mobile USA Inc,    Attn: Bankruptcy Dept.,    PO Box 53410,    Bellevue, Wa 98015-3410
11020415    +Target Nb,    Po Box 9475,    Minneapolis, MN 55440-9475
11020417    +Visa Credit Card Services,    225 Chastain Meadows Ct,    Kennesaw, GA 30144-5841
12087788     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
              Newark NJ 07193-5480

The following entities were served by electronic transmission on Dec 24, 2008.
11020409    +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2008 23:47:15     Jc Penney,    Po Box 981127,
              El Paso, TX 79998-1127
11903050     E-mail/PDF: rmscedi@recoverycorp.com Dec 24 2008 23:47:39
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11910745    +E-mail/PDF: rmscedi@recoverycorp.com Dec 24 2008 23:47:36
              Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11020407*   +Hsbc/carsn,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
11020416*   +Target Nb,    Po Box 9475,    Minneapolis, MN 55440-9475
11020418*   +Visa Credit Card Services,    225 Chastain Meadows Ct,    Kennesaw, GA 30144-5841
                                                                                              TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 26, 2008**                    **Signature:** *Joseph Speetjens*