# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: COVARRUBIAS, RAFAEL § Case No. 06-15139
   COVARRUBIAS, CONNIE §
§
Debtor(s) COVARRUBIAS, CONCEPCION §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $394,869.00 | Assets Exempt: $37,950.00 |
| Total Distribution to Claimants: $2,798.25 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $3,458.18 | |

  3) Total gross receipts of $ 8,707.53 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,451.10 (see **Exhibit 2**), yielded net receipts of $6,256.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,458.18 | 3,458.18 | 3,458.18 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,665.26 | 2,798.25 | 2,798.25 |
| **TOTAL DISBURSEMENTS** | $0.00 | $6,123.44 | $6,256.43 | $6,256.43 |

    4) This case was originally filed under Chapter 7 on November 17, 2006.
. The case was pending for 34 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/23/2009          By: /s/JOSEPH R. VOILAND
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| checking account | 1229-000 | 8,000.00 |
| preferential transfer - Maria Gonzalez | 1241-000 | 450.00 |
| prferential transfer | 1241-000 | 200.00 |
| Interest Income | 1270-000 | 57.53 |
| **TOTAL GROSS RECEIPTS** | | **$8,707.53** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| COVARRUBIAS, RAFAEL | SURPLUS TO DEBTOR; Final distribution | 8200-000 | 2,451.10 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,451.10** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (4/1/2009)**

**EXHIBIT 3 −SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 1,375.64 | 1,375.64 | 1,375.64 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 444.62 | 444.62 | 444.62 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 500.00 | 500.00 | 500.00 |
| JOSEPH R. VOILAND | 3110-000 | N/A | 1,127.50 | 1,127.50 | 1,127.50 |
| JOSEPH R. VOILAND | 3120-000 | N/A | 10.42 | 10.42 | 10.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,458.18 | $3,458.18 | $3,458.18 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Recovery Management Systems Corporation | 7100-000 | N/A | 714.99 | 714.99 | 714.99 |
| Recovery Management Systems Corporation | 7990-000 | N/A | 71.44 | 71.44 | 71.44 |
| T Mobile USA Inc | 7100-000 | N/A | 56.04 | 56.04 | 56.04 |
| T Mobile USA Inc | 7990-000 | N/A | 5.60 | 5.60 | 5.60 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 441.87 | 441.87 | 441.87 |
| eCAST Settlement Corporation assignee of | 7990-000 | N/A | 44.15 | 44.15 | 44.15 |
| Dell Financial Services, LLC | 7100-000 | N/A | 409.00 | 409.00 | 409.00 |
| Dell Financial Services, LLC | 7990-000 | N/A | N/A | 40.86 | 40.86 |
| PHARIA L.L.C. | 7100-000 | N/A | 922.17 | 922.17 | 922.17 |
| Pharia, LLC | 7990-000 | N/A | N/A | 92.13 | 92.13 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $2,665.26 | $2,798.25 | $2,798.25 |

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-15139  
**Case Name:** COVARRUBIAS, RAFAEL  
COVARRUBIAS, CONNIE  
**Period Ending:** 09/23/09

**Trustee:** (330380)   JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 11/17/06 (f)  
**§341(a) Meeting Date:** 12/18/06  
**Claims Bar Date:** 04/09/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | real estate - 530 Valley Forge Ave., South Elgin | 320,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | checking account - Associated Bank | 700.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking account - Elgin State Bank | 600.00 | 0.00 | DA | 0.00 | FA |
| 4 | household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | camera | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2003 Pontiac Grand Am | 8,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | 401 (k) / IRA | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2007 GMC Youkon | 33,769.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2007 GMC Youkon | 10,650.00 | 10,650.00 | DA | 0.00 | FA |
| 11 | 2004 Mercury Mountaineer | 14,000.00 | 2,300.00 | DA | 0.00 | FA |
| 12 | computer, misc. office equipment | 250.00 | 0.00 | DA | 0.00 | FA |
| 13 | checking account  (u) | 0.00 | 8,000.00 | | 8,000.00 | FA |
| 14 | preferential transfer - Maria Gonzalez  (u) | 0.00 | 5,200.00 | | 450.00 | FA |
| 15 | prferential transfer  (u) | 0.00 | 2,700.00 | | 200.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 57.53 | FA |
| 16 | Assets    Totals (Excluding unknown values) | **$394,869.00** | **$28,850.00** | | **$8,707.53** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee's Final Report was filed with the Court on 12/16/2008.

**Initial Projected Date Of Final Report (TFR):**    September 15, 2008     **Current Projected Date Of Final Report (TFR):**    December 16, 2008  (Actual)

Printed: 09/23/2009 04:02 PM    V.11.50

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 06-15139 | | **Trustee:** | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| **Case Name:** | COVARRUBIAS, RAFAEL | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | COVARRUBIAS, CONNIE | | **Account:** | ***-*****09-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7558506 | | **Blanket Bond:** | $50,000,000.00 (per case limit) |
| **Period Ending:** | 09/23/09 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/07/07 | {13} | Associated Bank | bank account proceeds | 1229-000 | 8,000.00 | | 8,000.00 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.70 | | 8,002.70 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.41 | | 8,007.11 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.41 | | 8,011.52 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.13 | | 8,015.65 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.56 | | 8,020.21 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.42 | | 8,024.63 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.99 | | 8,028.62 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.71 | | 8,033.33 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.17 | | 8,037.50 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.09 | | 8,041.59 |
| 01/18/08 | {15} | Marcos Guzman | settlement proceeds | 1241-000 | 200.00 | | 8,241.59 |
| 01/18/08 | {14} | Maria Gonzalez | partial proceeds re: settlement of Gonzalez ap | 1241-000 | 100.00 | | 8,341.59 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 3.71 | | 8,345.30 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.71 | | 8,347.01 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.55 | | 8,348.56 |
| 04/25/08 | {14} | Chase | partial payment - Maria Gonzalez | 1241-000 | 50.00 | | 8,398.56 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.16 | | 8,399.72 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.05 | | 8,400.77 |
| 06/13/08 | {14} | Chase Bank | partial payment from Maria Gonzalez | 1241-000 | 100.00 | | 8,500.77 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.07 | | 8,501.84 |
| 07/03/08 | {14} | Chase | partial payment - Maria Gonzalez | 1241-000 | 50.00 | | 8,551.84 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.08 | | 8,552.92 |
| 08/12/08 | {14} | Chase | partial payment (07ap607) | 1241-000 | 50.00 | | 8,602.92 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.02 | | 8,603.94 |
| 09/16/08 | {14} | Chase Bank | partial payment - Maria Gonzalez | 1241-000 | 100.00 | | 8,703.94 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.13 | | 8,705.07 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.94 | | 8,706.01 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.68 | | 8,706.69 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 8,707.30 |
| 01/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.23 | | 8,707.53 |
| 01/21/09 | | To Account #********0966 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 8,707.53 | 0.00 |

Subtotals :   $8,707.53   $8,707.53

{} Asset reference(s)   Printed: 09/23/2009 04:02 PM   V.11.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 06-15139  
**Case Name:** COVARRUBIAS, RAFAEL  
COVARRUBIAS, CONNIE  
**Taxpayer ID #:** 13-7558506  
**Period Ending:** 09/23/09

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****09-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 8,707.53 | 8,707.53 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 8,707.53 | |
| | | | **Subtotal** | | **8,707.53** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,707.53** | **$0.00** | |

{} Asset reference(s)

Printed: 09/23/2009 04:02 PM    V.11.50

# FORM 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 06-15139  
**Case Name:** COVARRUBIAS, RAFAEL  
COVARRUBIAS, CONNIE  
**Taxpayer ID #:** 13-7558506  
**Period Ending:** 09/23/09

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****09-66 - Checking Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/09 | | From Account #********0965 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 8,707.53 | | 8,707.53 |
| 01/23/09 | 101 | U.S. Bankruptcy Court | adversary filing fees for 07ap606 and 07ap607 | 2700-000 | | 500.00 | 8,207.53 |
| 01/23/09 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $444.62, Trustee Expenses;  Reference: | 2200-000 | | 444.62 | 7,762.91 |
| 01/23/09 | 103 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,127.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,127.50 | 6,635.41 |
| 01/23/09 | 104 | JOSEPH R. VOILAND | Dividend paid 100.00% on $10.42, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 10.42 | 6,624.99 |
| 01/23/09 | 105 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,375.64, Trustee Compensation;  Reference: | 2100-000 | | 1,375.64 | 5,249.35 |
| 01/23/09 | 106 | Recovery Management Systems Corporation | Dividend paid 100.00% on $714.99; Claim# 1; Final distribution | 7100-000 | | 714.99 | 4,534.36 |
| 01/23/09 | 107 | T Mobile USA Inc | Dividend paid 100.00% on $56.04; Claim# 2; Final distribution | 7100-000 | | 56.04 | 4,478.32 |
| 01/23/09 | 108 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $441.87; Claim# 3; Final distribution | 7100-000 | | 441.87 | 4,036.45 |
| 01/23/09 | 109 | Dell Financial Services, LLC | Dividend paid 100.00% on $409.00; Claim# 4; Final distribution | 7100-000 | | 409.00 | 3,627.45 |
| 01/23/09 | 110 | PHARIA L.L.C. | Dividend paid 100.00% on $922.17; Claim# 5; Final distribution | 7100-000 | | 922.17 | 2,705.28 |
| 01/23/09 | 111 | Recovery Management Systems Corporation | Dividend paid 100.00% on $71.44; Claim# 1I; Final distribution | 7990-000 | | 71.44 | 2,633.84 |
| 01/23/09 | 112 | T Mobile USA Inc | Dividend paid 100.00% on $5.60; Claim# 2I; Final distribution | 7990-000 | | 5.60 | 2,628.24 |
| 01/23/09 | 113 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $44.15; Claim# 3I; Final distribution | 7990-000 | | 44.15 | 2,584.09 |
| 01/23/09 | 114 | Dell Financial Services, LLC | Dividend paid 100.00% on $40.86; Claim# 4I; Final distribution | 7990-000 | | 40.86 | 2,543.23 |
| 01/23/09 | 115 | Pharia, LLC | Dividend paid 100.00% on $92.13; Claim# 5I; Final distribution | 7990-000 | | 92.13 | 2,451.10 |
| 01/23/09 | 116 | COVARRUBIAS, RAFAEL | SURPLUS TO DEBTOR; Final distribution | 8200-000 | | 2,451.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,707.53 | 8,707.53 | **$0.00** |
| | | | Less: Bank Transfers | | 8,707.53 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 8,707.53 | |
| | | | Less: Payments to Debtors | | | 2,451.10 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,256.43** | |

{} Asset reference(s)

Printed: 09/23/2009 04:02 PM    V.11.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 06-15139  
**Case Name:** COVARRUBIAS, RAFAEL  
COVARRUBIAS, CONNIE  
**Taxpayer ID #:** 13-7558506  
**Period Ending:** 09/23/09

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****09-66 - Checking Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****09-65** | 8,707.53 | 0.00 | 0.00 |
| **Checking # ***-*****09-66** | 0.00 | 6,256.43 | 0.00 |
| | $8,707.53 | $6,256.43 | $0.00 |

{} Asset reference(s)

Printed: 09/23/2009 04:02 PM   V.11.50